IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR304 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **BRANT CURR,** | ) | |
| | ) | |
| **Defendant.** | ) | |

   Defendant's motion to suppress  (Filing No. 13) is scheduled for hearing before the undersigned magistrate judge at **9:00 a.m. on February 3, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.
   Counsel are reminded of the requirements of NECrimR 12.5 which provides as follows:

   **Disclosure of Evidence.**  This rule applies to all evidentiary hearings on pretrial motions in criminal cases.

   (a)   **Witnesses.**  At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
   (b)   **Exhibits.**  At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge.

Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

   This being a criminal case, defendant must be present unless otherwise ordered by the court.

   DATED this 23rd day of January, 2006.

                                                          BY THE COURT:


                                                          s/ Thomas D. Thalken
                                                          United States Magistrate Judge